JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARDAN VARDANYAN,<br><br>          Petitioner,<br><br>     vs.<br><br>W. L. MONTGOMERY,<br>Warden,<br>          Respondent. | Case No. CV 15-06066-JLS (KES)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED:  August 4, 2016

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1